No. 342. KIMMICH *v.* NEW YORK CLEARING HOUSE ASSOCIATION ET AL. October 14, 1940. The motion to

proceed on typewritten papers is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is denied. *Charles Kimmich, pro se. Mr. Inzer B. Wyatt, Jr.,* for New York Clearing House Assn., and *Messrs. John W. Davis* and *Edwin Foster Blair* for William C. Potter, respondents.